IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01655-REB-PAC

CECILIA MORGAN, and
WILLIAM F. MORGAN,

    Plaintiff(s),

v.

UNITED PARCEL SERVICE (UPS), INC.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendant's Motion to Amend the Scheduling Order dated May 10, 2006 (doc. 28) is granted. Parties will have up to and including June 30, 2006 within which to complete lay and expert witness depositions.

    IT IS FURTHER **ORDERED** that the Motion to Withdraw as Counsel by J. Scott Lasater and Dawn Watts dated May 10, 2006 (doc. 30) is granted. Mr. Lasater and Ms. Watts have no further obligations to UPS regarding this matter.

Dated: May 15, 2006