**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01655-REB-PAC

CECILIA MORGAN, and
WILLIAM F. MORGAN,

    Plaintiffs,

v.

UNITED PARCEL SERVICE (UPS), INC.,

    Defendant.

## MINUTE ORDER[1]

    Plaintiffs' Motion to Vacate Trial Date [#46], filed November 13, 2006, is DENIED for failure to comply with D.C.COLO.LCivR 7.1.A.

Dated:  November 13, 2006

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.