**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01655-REB-PAC

CECILIA MORGAN, and
WILLIAM F. MORGAN,

    Plaintiffs,

v.

UNITED PARCEL SERVICE (UPS), INC.,

    Defendant.

---

**MINUTE ORDER**[1]

---

    Plaintiffs' **Unopposed Motion to Vacate Trial Date** [#48], filed November 14, 2006, is GRANTED. The Trial Preparation Conference set for December 15, 2006, and the jury trial set to commence December 18, 2006, are **VACATED**. The parties shall file a status report no later than **February 27, 2007**.

Dated:  November 16, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.