**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01655-REB-PAC

CECILIA MORGAN, and
WILLIAM F. MORGAN,

    Plaintiffs,

v.

UNITED PARCEL SERVICE (UPS), INC.,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter before the court is the **Amended Motion for Remand** [#54], filed April 18, 2007.  The motion is **STRICKEN** for failure to comply with ECF Filing Procedure V.C.1.  Plaintiffs may re-file this pleading, in compliance with this procedure, as a supplement to the **Motion for Remand** [#53], filed April 6, 2007, not as an amended motion for remand. Counsel for the defendant is advised that the defendant's time frame for the filing of its response runs from the filing date of the original motion, April 6, 2007.

Dated:  April 19, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.