IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01655-REB-KLM

CECILIA MORGAN, and
WILLIAM F. MORGAN,

    Plaintiff(s),

v.

UNITED PARCEL SERVICE (UPS), INC.,

    Defendant(s).
_____

# ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court pursuant to Defendant's Renewed Motion for Medical Examination of Plaintiff Pursuant to F.R.C.P. 35 [Docket No. 74; Filed January 17, 2008] (the "Motion"). Plaintiffs filed a response on February 1, 2008 [Docket No. 76], and Defendant filed a reply on February 8, 2008 [Docket No. 77].

By way of background, the Court provides the following history. Defendant UPS previously moved for permission to conduct a medical examination of Plaintiff Cecilia Morgan on September 9, 2007 [Docket No. 62]. The Court denied the motion without prejudice due to Defendant's failure to provide a proper notice pursuant to Fed. R. Civ. P. 35(a)(2)(B) [Docket No. 69]. The present Motion again seeks permission to conduct a medical examination of Plaintiff Cecilia Morgan and a revised notice is attached [Docket No. 74-4]. Plaintiffs do not purport to object to the medical examination. *See* Response at 2 [Docket No. 76].

IT IS HEREBY **ORDERED** that the motion is **GRANTED**. For good cause shown, Defendant is permitted to conduct a medical examination of Plaintiff Cecilia Morgan. Pursuant to Fed. R. Civ. P. 35(a)(2)(B), my Order "must specify the time, place, manner, conditions, and scope of the examination, as well as the person or persons who shall perform it." While Plaintiffs object to the specificity of the notice as it pertains to the manner and conditions of the examination, the Court finds the notice sufficiently detailed. The Court orders that the medical examination shall occur as follows:

- Time – The medical examination shall occur no later than **March 12, 2008** at a time mutually agreeable to the parties.

- Place – The medical examination shall occur at Integrated Health Management, 1221 S. Clarkson Street, Suite 300, Denver, Colorado 80210.

- Manner, Conditions, and Scope – The medical examination shall address Plaintiff Cecilia Morgan's alleged orthopedic injuries, complex pain symptoms, and any other physical complaint she reports that **relate to the alleged conduct of Defendant**. **The medical examination shall not include any diagnostic tests or invasive techniques**. Thereafter, the medical examiner will issue a report no later than **April 4, 2008**, which summarizes Plaintiff's medical records, a history of Plaintiff's medical issues provided by Plaintiff, the examination conducted, and the medical examiner's opinion on causation and the severity of the injuries as further set forth in the notice [Docket No. 74-4].

- Medical Examiner – The medical examination shall be conducted by Henry J. Roth, M.D.

Dated: February 12, 2008

BY THE COURT:

s/ Kristen L. Mix
U.S. Magistrate Judge
Kristen L. Mix