IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01655-REB-KLM

CECILIA MORGAN, and
WILLIAM F. MORGAN,

    Plaintiff(s),

v.

UNITED PARCEL SERVICE (UPS), INC.,

    Defendant(s).
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's Motion to Compel Production of Plaintiffs' Trial Exhibits and Defendant's Motion for Extension of Time to File Objections to Plaintiffs' Trial Exhibits [Docket No. 97; Filed May 15, 2008] (the "Motion"). On May 19, 2008, the Court conducted a Settlement Conference in the above-captioned case where Plaintiffs satisfied their obligation to produce trial exhibits to Defendant.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part and DENIED in part.** To the extent that the Motion seeks to compel Plaintiffs to produce their trial exhibits, the Motion is **denied as moot**. To the extent that the Motion seeks an extension of time for Defendant to file its objections to Plaintiffs' trial exhibits, the Motion is **granted**.

    IT IS FURTHER **ORDERED** that the deadline for Defendant to file its objections to Plaintiffs' trial exhibits is extended to **May 29, 2008**.

    Dated: May 19, 2008